THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Judy B. South, Respondent,
 
 
 

v.

 
 
 
 Brian L. South, Appellant.
 
 
 

Appeal From Richland County
Angela R. Taylor, Family Court Judge

Unpublished Opinion No. 2012-UP-165
 Heard February 13, 2012  Filed March 7,
2012    

AFFIRMED

 
 
 
 Robert L. Jackson, of Columbia, for Appellant.
 
 Alice D. Potter, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Brian
 L. South appeals the family court's order finding him in civil contempt
 regarding his child support arrearages.  We affirm pursuant to Rule
 220(b)(1), SCACR, and the following authorities:  State v. McKnight, 352
 S.C. 635, 646, 576 S.E.2d 168, 174 (2003) (finding an issue must be raised to
 and ruled upon by the trial court to be preserved for appellate review); Hickman
 v. Hickman, 301 S.C. 455, 456, 392 S.E.2d 481, 482 (Ct. App. 1990) (stating
 a party cannot use Rule 59(e), SCRCP, to raise an issue to the court that could
 have been raised prior to judgment).
AFFIRMED.
FEW, C.J., and
 HUFF and SHORT, JJ., concur.